UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELEANOR BISHOP,

    Plaintiff,

v.                                                          Case No. 8:08-cv-2170-T-24 AEP

ALLIED VAN LINES, INC.,

    Defendant.
_____/

## **ORDER**

The Court now consider Defendant's motion to strike Plaintiff's untimely expert report and non-specific claim for economic damages. (Doc. 35.)

Because Plaintiff did not timely disclose the December 21, 2009 report of Gene McCall, Plaintiff may not introduce or use the report in the scheduled trial in this case, except that the Court will permit Plaintiff to use the photographs in the report subject to the evidentiary requirements at trial that the photographs are authenticated and relevant.

Defendant also objects to the $5,000 lump-sum damage amounts listed for items 10 to 22 in the Joint Pretrial Statement. (Doc. 33 at 9.) Plaintiff is granted leave to file an amendment to the Joint Pretrial Statement to include specific damage amounts for items 10 to 22. Plaintiff must file an Amendment to the Joint Pretrial Statement with specific damage amounts for each item by **Friday, January 8, 2010,** or the Plaintiff will not be permitted to seek damages for any of these items.

Accordingly, it is ORDERED and ADJUDGED that Defendant's motion (Doc. 35) is

1

**GRANTED IN PART and DENIED IN PART**.

**ORDERED** at chambers in Tampa, Florida this 5th day of January, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record